

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00148-CR

Benjamin **POEHLMANN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10018
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's Brief is due August 16, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk